**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SAMMY CILING,<br><br>            Plaintiff,<br><br>            v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>            Defendants. | No. ED CV 19-1184-DMG (PLA)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE RE: DEFENDANT BANK OF AMERICA, N.A.** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is approved and accepted.
2. Defendant Bank of America's Motion [Doc. # 12] is **GRANTED**, and the Complaint is dismissed as to defendant Bank of America without prejudice for failure to state a claim, and for failure to prosecute and follow court orders.

/

/

/

3. The Clerk shall serve this Order on all counsel or parties of record.

DATED: January 2, 2020

                                                          DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE